NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.

Criminal Number  1:21-mj-00181

Jason Lee Hyland
(Defendant)

TO:  ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA   ☒ RETAINED   ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

Nina J. Ginsberg  #251496
*(Attorney & Bar ID Number)*

DiMuroGinsberg, PC
*(Firm Name)*

1101 King Street, Suite 610
*(Street Address)*

Alexandria          VA          22314
*(City)*          *(State)*          *(Zip)*

703-684-4333
*(Telephone Number)*