AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00181 |
| Jason Lee Hyland | ) Assigned to: Judge Faruqui, Zia M |
|  | ) Assign Date: 1/28/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| _Defendant_ | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ __Jason Lee Hyland__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. § 5104(e)(2)(D) and (G) - Disorderly Conduct on Capitol Grounds

Date: 01/28/2021

2021.01.28 17:15:20 -05'00'
_Issuing officer's signature_

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 1/29/2021, and the person was arrested on _(date)_ 2/2/2021
at _(city and state)_ Plano, TX.

Date: 2/2/2021

_Arresting officer's signature_

Special Agent Emerson Lopez-Fuentes
_Printed name and title_