# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE: 1:21-CR-00050-CRC** |
| **v.** : | |
| : | |
| **JENNIFER LEIGH RYAN** : | |
| **JASON LEE HYLAND** : | |
| **KATHERINE STAVELEY SCHWAB** : | |
| **Defendants.** : | |

## ORDER

Based upon the representations in the United States' Unopposed Motion to Continue, and upon consideration of the record, the Court makes the following findings:

The unusual complexity of the Capitol Attack investigation warrants the requested continuance. Given the number of individuals currently charged across the Capitol Attack investigation and the nature of those charges, the on-going investigation of many other individuals, the volume and nature of potentially discovery materials, and the reasonable time necessary for effective preparation by all parties taking into account the exercise of due diligence, the failure to grant such a continuance in this proceeding would be likely to make a continuation of this proceeding impossible, or result in a miscarriage of justice. Accordingly, the ends of justice served by granting a request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Therefore, it is this _____ day of September/October, 2021,

**ORDERED** that the United States' Unopposed Motion to Continue, is hereby GRANTED; it is further

**ORDERED** that this proceeding is continued to October/November____, 2021, at _____; and it is further

**ORDERED** that the time period from the date of this Order through and including the date of the next hearing is hereby excluded from the computation of time within which an indictment must be filed under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

_____
THE HONORABLE CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE