Feb. 16, 2022

To Whom It May Concern:

I have been asked by my son, Jason Hyland, to be a character witness on his behalf. The best way is to just state facts about his life.

At 17 years old he incorporated his first business. It was a community service project to help local teens. Newspaper articles included. He also was chosen as a page for Amy Tuck, who was lieutenant governor of MS at the time. Picture of this included.

Early 20's he was married and started a family shortly after. He was and is an amazing father. During his marriage he started and failed several businesses. He has always believed in the American dream, so he never gave up. Today he owns a very successful commercial roofing company. He employs over 100+ people. They and their families depend on him.

DEFENDANT'S EXHIBIT
ALL-STATE LEGAL®
1

Family and helping family
are and has been top priority
to him. When he was struggling
with one of his businesses, at an
early age, he somehow found the
money to buy me on his conditions.
We had none at the time.

Skip forward to the last 5 years.
He brought his 18 year old sister
from MS to TX to help her
have a better start to her young
life. She lives with him. He
provided her a job-and paid for
all expenses to help her get
her real estate license. license.
He also, just recently, helped
her buy a new vehicle.

In the last several years he
has helped his ex-wife buy
two different vehicles! He wanted
to make sure his children
have a safe way to go.

He gave his young uncle a
job at his company. He also
moved from MS to TX; He
is now financially thriving.

He is in the process of re-
modeling his dad's house.

I was struggling with my bills,
so he now gives me a monthly
allowance. I cannot tell you
how much this has greatly
improved my life.

All of these facts are a few
of the many in the life of
Jason Hyland. He has numerous
people counting on him. His
home is the only stable and
safe place his children have.
He is a single father so I
am begging you not to take
him away from them.

Did he have a lapse in judgment
on that day. Yes. Does he
have remorse for that day.
I believe so. Does he belong
in jail for a 2-3 minute
walk in the capital. Absolutely
not. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Thank you for reading my letter and the news paper articles included.

Sincerely,
Vicky Tindall
AKA mama + GiGi



# Senate page

Jason L. Hyland of Oxford, recently served as a page for the Mississippi Senate. He is pictured here with Lt. Gov. Amy Tuck, who sponsored his visit. Hyland is the son of Vicky Tindall.

Published Daily Mississippian   Sept. 17, 2001

Mosavizadeh, a member of the KHA and Miller Hall president, when she heard the news of the Trade Center attacks. Having a relative in the WTC who survived the attack, she was ready to find ways to help.

"I know the workers and volunteers will need more supplies and asbestos masks," Mosavizadeh said.

A sophomore biology and business major from Tupelo, Mosavizadeh is helping to sponsor a fundraiser for Red Cross.

The fundraiser will have a table in the

## Local man creates service organization

EMERY CARRINGTON
DM STAFF WRITER

Along with the normal freshman luggage, Jason Hyland brought the Oxford Senate, Inc., a service organization that he founded during his senior year of high school, to Ole Miss.

Hyland returned from Boys' State, a statewide leadership convention, the summer before his senior year with the idea of a community-based service organization in Oxford. It began as a church office with no bills and few members.

"I hate to say it, but I started this without any help," said Hyland, an international business major from Oxford.

This summer, with the help of local businesses and supporters, the Oxford Senate rented an office at 1418 Jackson Ave, above the Home Realty Company

Inc., which currently serves as their base.

"This program is really unique," Hyland said. "We have 14 different programs that you can do community service at a local level through, and you get to choose which one you want to do. Some groups may have you picking up trash and you may not want to do that. You can sign up for whatever you want through us."

The group is widely known for their Adopt-A-Grandparent program. The members who sign up for this particular service project are given a person at the Azalea Gardens Guest Home in Oxford to visit on a consistent basis.

"I don't have a lot of time to do community service anymore, but I do this because there are great people at Azalea," Hyland said.

The Oxford Senate will be holding its

See Service, page 4

ever.

Over the weekend, the Ole Miss soccer and volleyball teams took part in sponsoring a car wash to raise money for the victims and families of the New York and Washington attacks.

Steve Holeman, soccer team coach, said that their game scheduled for the weekend was canceled, the girls came together and developed a plan to help.

"We want to do everything we can to

See Help, page 4



Nathan Latil/The Daily Mississippian

REMEMBRANCE – UM students, at a ceremony in the Paris-Yates Chapel Friday, observe a moment of reverence for victims of the recent national tragedies. For more pictures of the service, see page 5.

## nancial Aid begins new Internet program

RICHARD JETER
DM STAFF WRITER

e Ole Miss financial aid department is launching an e-mail and based program to help the ng number of students attending loans to manage their

a series of short e-mails sent to campus addresses throughout the year. These e-mails contain links to relevant Web pages, information written for students on setting a budget, ways to help manage credit card debt, tax filing tips, ways to save money and important scholarship information.

dents about their options for financing their education," said Dewey Knight, loans manager.

Knight is concerned with making sure students borrow money responsibly so they can meet their obligations to pay their loans back.

"One of the ways we do that is

Knight said.

The FinMail program, which launches this month, was piloted last year by eight colleges across the country. Among these universities were UCLA, Emory University, the University of Texas and Ole Miss.

"It speaks well of us that we were

reinforced Chancellor Khayat's claims that Ole Miss is a "great American public university."

Statistically, the program appeared to be a success in its trial run last year. The co-hart default rate, which measures what percentage of students with loans at a col-

Commission.

The votes came after a public hearing on the issue. ... crowds evenly divided those in favor of the extension and those opposing them.

rooms 404A and B at 6:30 p.m. Call 915-1568 for more details.

• Sept. 18 Catholic Student Association will hold a dinner and social at 6 p.m. at St. John's Catholic Church. Call 915-3169 for

p.m. in room 403 of the Union.

*— Items for On Campus must be submitted in writing two days prior to the date of publication. Items are subject to editing and will run on a first come, first serve basis according to space available.*

## NEWS ROUNDUP

### ■ In Mississippi
### Thousands help clean Miss. beaches

GULFPORT — More than 2,500 volunteers picked up 2,105 bags of trash at 47 locations along 73 miles of beaches, rivers and bayous Saturday for the 13th annual Coastal Cleanup.

"At the end of one of the most horrific weeks in U.S. history, thousands of Mississippians joined forces to make a positive contribution to our environment," said cleanup coordinator Lauren Thompson of the state Department of Marine Resources.

Rough seas expected from Tropical Storm Gabrielle canceled most of the barrier island portion of the cleanup, but a schooner full of Ocean Springs High School Cotillion members cleaned Horn Island, and Harrison County inmates tackled West Ship Island.

### Two convicts escape from Perry Co. jail

NEW AUGUSTA — Authorities across south Mississippi searched Sunday for two Perry County Jail escaped convicts, including a convicted murderer awaiting trial for another killing.

into a shipping channel, killing at least five people.

The impact of the barges hitting a piling knocked two adjacent 80-foot segments of the Queen Isabella Causeway which connects the popular South Padre Island resorts to the mainland, into the Laguna Madre channel early Saturday.

### ■ Gunman kills Indian immigrant

MESA, Ariz. — An Indian-immigrant gas station owner was shot to death and a Lebanese-American clerk was targeted but not injured, by gunfire at another Mesa gas station, police said Sunday.

Shots were also fired at a home where a family of Afghani descent live, authorities said.

Frank Roque, 42, was charged with attempted murder in two of the three attacks Saturday, and police were investigating the possibility that the crimes were linked to Tuesday's terror attacks in New York and Washington.

### ■ In the World
### Gunmen raid Colombia village

---

### Help: Teams raise over $3,0

action Friday, the last day he had the authority to do so before the board's action would have become official without his signature.

"I did the veto because I took into consideration all of the factors that I

**From Page 1**

help, it is such a great cause," Holeman said.

"What happened is terrible and when you can't be there to help you, you feel helpless," said Courtney Biddle, a junior soccer player from Murrysville, Penn. "But with this little bit of money, we can make a difference."

John Blair, volleyball coach, said in less than five hours, the girls

"It's too late at night for the people in the community who are affected in one way or the other by the late night hours to have to endure," he said.

The original vote was to extend

raised about $3,300, which will be split between The Red Cross and the Disaster Relief Fund.

"This is just one of those things where everyone wants to help out," Blair said.

Jaime Burns, senior education major from Englewood, Colo., was one of Blair's players who participated in the fundraiser.

"This is something we can do together for people who lost their family," Burns said. "We're moving

we do care and are doing ...

Last Wednesday, the ... held a blood drive where ... dents came and donate ... the victims of the trag ... noon, Mississippi Blood ... had reached their capac ... had to shut down for the da

Donations are still be ... Mississippi Blood S ... appointment only.

*Lindsay Nash can ... at lmnash@*

---

### Service: Senate includes ages 15 to

**From Page 1**

first meeting at the public library in Oxford on Sept. 20 at 6 p.m. Pizza and drinks will be provided and nominations will be taken for executive board positions.

Students can participate through any of the group's projects which are divided into seven categories: health and disaster services, needy relief, child development, elderly care, Oxford Senate activities, enhancement/environmental and various other projects.

The Senate will also monitor their members' service hours and

document them for groups that require students to complete a certain amount of service, such as the McDonnell Barksdale Honors College.

Hyland also calls the organization unique because it includes high school and college students from ages 15 to 25.

"This is an amazing organization, especially if you need to volunteer," said office manager Jimmy Durham. "It is different dealing with the college and high school students. People in college are on their own and we usually have to cater more to them because they are

busier."

The group also "umb ... Yalobusha Senate, run ... Valley High School stud ... Whitehead.

"They're doing a ... Hyland said "I usually re ... (Whitehead) free reign ... and let him go," said Hy ... Hyland encourages ... call for applications, fil ... and mail or bring them to ... He also welcomes anyone ... in the Oxford Senate to a ... first meeting.

*Emery Curran ... reached at em5179@hotm*

---

### Internet: Students alerted of deadli

and scholarship.

Published in The Daily Mississippian

Feb. 7 2001

---

**ON THE CAMPAIGN TRAIL** – Associated Student Body presidential candidate Tommy Blake discusses his platform during a dinner time stop at the Delta Delta Delta sorority house. ASB elections are next Tuesday.

*Brian Rosenkrans/The Daily Mississippian*

---

# Oxford Senate to give students a voice in city, county matters

**RACHEL BUTLER**
DM STAFF WRITER

A Lafayette County High School senior who developed a constitution for the Oxford Student Senate, a program he founded in November, was introduced to the Board of Aldermen at Tuesday night's city council meeting.

Jason Hyland began the senate program in hopes of uniting all of the students in the area.

Hyland hopes the program will give the students of this community an opportunity to be heard.

"It'll give the younger generation in Oxford a chance to

speak up about city and county issues that affect them," Hyland said.

Any students enrolled at Oxford High School, Lafayette County High School and Ole Miss between the ages of 15 and 25 are invited to be part of the organization. Only students ages 18 to 25 are allowed to run for the senatorial positions.

Hyland has already been deemed president and a fellow Lafayette County High School student, Ken Jones has been appointed vice president.

The sponsor is a government and economics teacher at Lafayette High School, Linden Ratliff. Ratliff critiqued and

eventually approved of the 20-page constitution.

Hyland feels that without uniting the voices of the youth and sending a message they will not be heard.

"They [students] send it in to the city and they don't get a response. With this constitution and senate they will be given a voice," Hyland said.

Hyland insists that it is a full-time position, with weekly meetings and time donated to local charities like the Red Cross. One plan Hyland has put into affect is the "Lights Out Oxford" program. Hyland proposes that one Sunday a month

See **Oxford**, page 5

---

to the public and the right to equal protection in a non-discriminatory statement.

"The ASB shall not discriminate against any student based on race, gender, age, ethnicity, ability or disability, sexual ori-

See **Senate**, page 5

---

Arts Complex. This operation will take place in the curve of All American Drive adjacent to Coulter Hall and the green warehouses of PPD.

It is anticipated that only one lane will be blocked. The operation should start between 8 and 9 a.m. and should only last about 1 hour.

---

# RHA making plans for Spring Break II

**AIMEE BERTRAND**
DM SENIOR STAFF WRITER

Plans for Spring Break II are underway to provide something for students to look forward to when they come back from spring break.

Spring Break II, sponsored by the Residence Hall Association, will be a week of activities and fun across the campus. A crawfish boil and entertainment by a band are likely to be part of the festivities.

Brooke Rankins, RHA president, hopes to make the week a success.

"It takes a lot of planning but it'll be a lot of fun," Rankins

said. "A couple of years ago our plans for the event fell through, but I think this year we'll have a really good Spring Break II."

Spring Break II is an annual event that is hosted by the RHA in various locations around the campus. Rankins said a crawfish boil will likely be held at the Women's Terrace near Stewart, and the band will tentatively perform in the Grove.

Attendees of previous Spring Break II activities like Nikki Gibbs, programs director for the RHA, are eagerly anticipating the event.

"Everyone comes out and participates, and I think this will

See **RHA**, page 5

---

Denise Richards' foxiness is the
lone soul that makes it viewable

described it as "simply a wondrous experience."

Brian Friel is widely regarded as

8 p.m.

*The New York Post*

Ireland, Italy, Mexico, Scotland and Spain. The study abroad office offers several opportunities for students to receive reduced rates for the programs

## Oxford: Mayor praises student

From Page 1

Oxford residents use minimal power for a couple hours.

"You wouldn't believe how much power that would save," Hyland said.

Mayor Pat Lamar spoke highly about the young man to those who attended the meeting.

"You all should remember this face, he might be president someday," Lamar said.

*Rachel Butler can be reached at rebutler@olemiss.edu*



013 Jefferson Avenue
513-3969



24 HR. ATM

# SOUTHBank

Come check out our

## New 24 Hour ATM

at our

### Jackson Avenue Branch.

714 Jackson Ave.
234-5888

234-7200

at Balloons

**Read The DM.**

The Daily Mississippian

# Project hopes to get youth involved in politics

**Kristin Harty**
*STAFF WRITER*

He's not quite old enough to hold public office, so Lafayette High School senior Jason Hyland has created his own pseudo-government — a personal project to get young people more involved in local politics.

Hyland, 17, and classmate Ken Jones are "founding fathers" of the Student Senate of Oxford, a government body for 15- to 25-year-olds. The project, outlined in a 20-page "Constitution" drafted by Hyland, currently has about 25 members.

Additional members — who can run for senator once they are admitted to the group — are being sought. The body is "bipartisan," Hyland said.

"We live in a small town where the majority of citizens are students," said Hyland. "The younger generation doesn't get to speak for itself very often. This is to let the younger generation speak their voices and be heard on different issues."

To join the club, prospective members must fill out an application, express sincere interest, and pay a $5 fee. All senators must be elected by members and maintain a 70 percent average in school, according to the Constitution, which describes the requirement as "no-pass, no-play."

Designed to "provide a forum for student expression" and promote a "desire for good citizenship" in young people, Hyland's project has received approbation from a number of officials. University of Mississippi Chancellor Robert Khayat has commended Hyland. Oxford Mayor Pat Lamar has offered public endorsement, as well.

"He's made up his little young mind he's going to be in politics," said Lamar, who encouraged Hyland publicly during a recent Board of Aldermen meeting.

"The city has no official involvement in it. We're just encouraging him to proceed."

Although the Student Senate hasn't yet met as a formal body, Hyland hopes to hold elections in April. Flyers currently are posted at Lafayette and Oxford high schools as

**Hyland**

part of a recruitment effort.

Lafayette High School government teacher Lindon Ratliff said at least 50 of his 110 students have expressed an interest in joining the group. Hyland's project wasn't an assignment, said Ratliff, who helped edit the Student Senate Constitution.

"He started on his own with this in September or October," Ratliff said. "He approached me last month and asked me to proofread his Constitution, asked me for some tips and pointers."

The Constitution contains detailed explanations of rules and regulations, as well as descriptions of duties and committees. Committees include Health and Safety, Pride and Patriotism, Publicity, Service, Energy and Environment, Judiciary and Disciplinary. Plans are for Student Senators to attend city meetings to get — and share — information, Hyland said.

"We're going to have our own debates

(See SENATE on Page 10A)

---

### Student Senate

To get more information about how to join or sponsor the Student Senate, contact Jason Hyland at 473-9506, or e-mail oxfordguy18@hotmail.com.

---

**dy," Walker said Sunday, hours after a killer** storm ravaged parts of northern Mississippi.

"Oh Lord, he was lying on the ground and I put him on a piece of wood, but the ambulance couldn't get to him."

Jesse Bean was just one victim of a tornado packing winds of more than 150 miles per hour that struck Saturday night. The storm killed at

dition.

The boy was found in debris 20 feet from his home that was destroyed along with two others in the Liberty community. It took Walker and his family more than an hour to find Jesse, and it took an ambulance several hours to reach him because of downed power lines and trees that straddled the narrow state highway.

crews from his company were working in Pontotoc today, and they would be there until Wednesday or later.

"There was some pretty major damage," Collier said, adding that an estimated 3,000 people were without power Sunday afternoon.

In addition to the North East crews, 30 electrical workers came in from Tippah County

---

## M

### Fast-food deli

SYDNEY, Australia what could be a new wor city.

Rachel Kerr, 24, place a curry from her favorite northeast English city o

Four days later, Kerr Harbor Bridge, some had Kerr's order of vegetab pickles and rice was pre free to meet customs req to meet New York City to McCordial said he had th Guinness Book of Record

The existing record wa from New York City to

### WEATH

Tonight: Cowdy with of rain after midnight lower 40s. Chance of cent.

Tuesday: Rain likely possible thunderstorm upper 50s. Chance of cent.

---

Subscribe to the Oxford EAGLE. For home delivery, call

Published Feb. 26, 2001



Bruce Newman

*Mary Hester gathers items Sunday afternoon at the home of her former mother-in-law Peggy Hester, who was among those killed when a tornado went through Pontotoc Saturday night. The storm killed five and injured dozens.*

## Senate

(Continued from Page 1A)

about what's going on in the city," Hyland said. "Then, we might take whatever issues or concerns we have to the city. It might not mean a hill of beans to them, but at least we got our input in."

One idea Hyland hopes to introduce: The creation of a "dance club" for youth. "Just a place where you can go hang out with your friends and dance," Hyland said. "We don't have anything like that."

By inserting young voices into the city's decision-making processes, Hyland hopes to empower youth — and help local government to be more representative, as well. Hyland hopes to open an office on the Square and is seeking sponsorship from local businesses and civic groups.

"It's going good so far," Hyland said, adding that a number of businesses have agreed to contribute. "We've got about $350 accumulated."

Ratliff said Hyland's ambition surpasses the ordinary for a high school student.

"It's just personal drive," Ratliff said of Hyland's determination. "I loved history, but never that much. Jason wants to get into politics and this is the best way for him to get started."

---

**POLICE DEPARTMENT**

weekend, police investigated a car accident (no injuries), made one charge of public drunkenness and five vehicle vandalisms.

**COUNTY SHERIFF'S DEPT.**

weekend, deputies made seven the following charges: malicious harassing phone calls; public drunkenness; domestic violence and simple assault; with a suspended license; burglary of a and DUI-3, driving with a suspended expired tag.

**VALLEY POLICE DEPT.**

reports were unavailable.

## Fire Report

**OXFORD FIRE DEPARTMENT**

weekend, city fire crews responded following calls: Graceland (transformer Garland Hall (alarm); Oxford City Club (two calls to rescue victims in stuck elevator; once on Sunday, Friday); Stockard Martin Hall (car Square Apartments (vent hood on fire); Barksdale-Isom House garage (set off alarm); 217 South 17th smell of smoke, no fire); and Laurel main breaker tripped).

**LAFAYETTE COUNTY FIRE DEPT.**

---

**South 14th Street); general false alarms; suspicious suspicious person; soliciting without a per disturbances; parking lot three petty larceny; and information.**

---

plete applications and set the resource center.

"This will provide opp not existed before," said J dean of votech education.

Officials at the center job is eligible for the O ices.

These centers are no jobs, but those seek Employers can find qu skills needed to expand

Mississippi Governor endorsed the One-S thought they were an ass

"Through the develo we are better utiliz Musgrove said in a pre ting down on the duplic vide across the state and efficiently managing our

Career counselors provide guidance and programs as well as co

"I love it over here, a career counselor a "This is a totally new

The One-Stop job designed to replace th Larry Bishop of Three Development said he program would be mo

"This is to get peo "Jobs first."

The One-Stop cent Jackson Avenue ne Furniture.