# MR. JASON HYLAND

Adam Cavrell | Close Friend / Business Partner

7/20/2022

To Whom It May Concern:

Over the past 6 years, I have grown to know Mr. Hyland, his family, and his character. Aside from his family, I'm not sure that anyone can speak more to his character, integrity, and values more than myself. Being in business with one another, I am with Jason daily, and there is no hiding.

I am writing this letter only to highlight my opinion of who Jason Hyland is as a friend, business partner, father, and son. This letter is not written to defend his actions for what he is pleading guilty to. I do not condone the conduct that Jason was involved in on January 6th. It was out of character for Jason, and it was a personal disappoint to hear what he involved himself in. His actions have taken a great toll on him personally, financially, as well as effected the business.

Who is Jason Hyland? Jason lives for his two children, ▮ and ▮. There is nothing that matters more to Jason than his kids. ▮, his son, is a respectful, smart soccer star in the making and ▮ is a kind, smart, respectful and caring daughter. He raised them with that southern charm. They light up the office when he brings them to work. You can clearly see the love they have for one another.

Jason financially supports most of his family back home in Mississippi. What I find interesting is that he is never upset about it or complains. When I question if this weighs on him, He tells me "It all comes back around if you do the right thing, family first." Jason keeps in close contact with all of his family members, even if we are stepping into a meeting, he will always answer his kids, mom, dad, grandmother, no questions asked.

In a business setting, he is extremely hands on. He is at the office each day, working diligently to grow the company and the employees around him.



DEFENDANT'S EXHIBIT 2

Integrity keeps coming to mind when I think of Jason. If there is a promise made to an employee, client, or supplier, that promise will be kept with no exceptions, no matter the cost. Jason's always gives our employees the benefit of doubt. He is patient and understanding. If there is a financial issue, or personal issue with an employee, he is always there to listen and help solve the problem. He wants everyone to succeed around him.

In conclusion, Jason Hyland is a very special person. A dear friend to me and an incredible business partner. I trust him unconditionally.

Sincerely,


Adam Cavrell