███████████████

Oxford, MS  38655

July 21, 2022

Your Honor:

Sir, I am writing this letter to plead for leniency for my grandson, Jason Hyland.  I understand he has pled guilty of entering the Capitol on January 6, and he has great remorse for doing so.  I firmly believe in my heart Jason never realized the impact this action would have on his life and the lives of others there at the time.  Jason has a very deep love for our great country and its values and laws.  I firmly believe he is sorry for this action, and he never meant to cause harm or disrespect in any way.

Jason has always been very proud of our great country which is evidenced beginning at an early age when he became of member of the Lafayette High School ROTC. Jason also he worked with The Oxford Senate, an organization which helped youngsters learn about our great country and our many freedoms afforded by many years of sacrifice from those individuals who fought and died for our great country to remain free and independent.  He worked hard to help other young people realize their freedom was not actually free.  His belief in God, love for his country and his family, and his upstanding core beliefs are all instilled in his character and have been since he was very young.

We are a very close-knit family, and Jason is depended upon by many of us as his family members. He encourages his Dad, who is in poor health, after suffering two strokes after open heart surgery.  Jason also has a very close relationship with his Pappa, my husband, who is also in very poor health, suffering from two different muscle diseases and various other health issues.  The encouragement and closeness mean more than my words can express.  He provides daily encouragement and helps in any way possible.

The qualities of commitment, honesty, integrity, and loyalty are all brought to mind when I think of Jason.  I know he is very much hands on in rearing his two young children, █████ and ███████.  He makes certain his children know they are loved and cared for on a daily basis.  He goes above and beyond to be a good Dad and spends all of his available time with them. Jason makes sure his children know how blessed we all are to be citizens of the greatest country on Earth.

In closing, I want to thank you for taking time to read my letter, and please know he is very sorry for his entry into the Capitol.  We need him close by and plead with you to consider his love for God, his country, and his family when making your decision.

Sincerely,

*Patricia Hyland*

