▇▇▇▇▇▇▇▇▇▇

OXFORD, MS 38655

JULY 22, 2022

DEAR JUDGE:

YOUR HONOR, I AM VERY CONCERNED FOR MY GRANDSON, JASON HYLAND. I LOVE HIM VERY MUCH AND PLEAD WITH YOU FOR YOUR HELP.

HE HAS ALWAYS BEEN VERY CLOSE TO ME. JASON IS A PROUD AMERICAN WHO WORKS VERY HARD TO PROVIDE FOR HIS CHILDREN AND HIS FAMILY. HE IS AN EXCEPTIONAL DAD TO ▇▇▇ AND ▇▇▇, HIS YOUNG CHILDREN, BEING SURE THEY GET THEIR EDUCATION AND HANDS ON WITH ALL OF THEIR EXTRA ACTIVITIES, FROM CHEER TO SOCCER.

JASON HAS MADE SURE HIS CHILDREN KNOW HOW MUCH OUR FREEDOM AND INDEPENDENCE MEAN TO US AS AMERICANS. HE WORKS HARD TO KEEP HIS SUCCESSFUL BUSINESS GOING AND REALIZES THIS WOULD NOT BE POSSIBLE IF WE DID NOT LIVE IN THE GREATEST COUNTRY OF ALL.

JASON MADE A BAD CHOICE UPON ENTERING THE CAPITOL AND HAS REALIZED THAT MANY TIMES OVER THE PAST MONTHS. HE NEVER MEANT TO DISRESPECT OR HURT ANYONE.

I PLEAD WITH YOU TO LET HIM HAVE ANOTHER CHANCE BY NOT BEING TOO HARSH. WE ALL MAKE MISTAKES IN OUR LIVES, AND I AM SURE HE WILL THINK ABOUT EACH AND EVERY ACTION GOING FORWARD GIVEN HE HAS THE OPPORTUNITY. IF HE COULD REDO THAT DAY, I KNOW IT WOULD BE DIFFERENT, AND HE WOULD NOT GO INSIDE.

PLEASE, YOUR HONOR, GIVE HIM LENIENCY. THANK YOU.

*W L Hyland Jr*
*Gray Dad*


DEFENDANT'S EXHIBIT 4