JULY 22, 2022

YOUR HONOR:

I AM PLEADING WITH YOU TO GIVE LENIENCY IN THE JASON HYLAND SITUATION. HE IS AN EXCEPTIONAL YOUNG MAN WHO LOVES HIS COUNTRY DEEPLY.

I AM HIS GREAT GRANDFATHER AND AM 84 YEARS OLD, AND I LOVE HIM SO MUCH. HE HAS ALWAYS WORKED HARD AND TAKES PRIDE IN HIS FAMILY AND THEIR WELL-BEING. WE, AS HIS FAMILY, NEED HIM TO BE HERE WITH US. JASON IS VERY HARD WORKING, HONEST, DEPENDABLE, AND RESPECTFUL. HE BELIEVES IN GOD AND IN DOING WHAT IS RIGHT.

HE MADE A MISTAKE BY ENTERING THE CAPITOL BUILDING AND IS VERY SORRY. JASON LOVES HIS COUNTRY AND IS VERY PROUD TO BE AN AMERICAN. HE WOULD NEVER DO ANYTHING TO INTENTIONALLY CAUSE HARM. HE HAS SUFFERED GREATLY DURING THIS PROCESS, HAVING MUCH REGRET AND REMORSE FOR BEING AT THE CAPITOL.

I PRAY THAT YOU WILL SEE FIT TO GIVE HIM ANOTHER CHANCE AND GIVE HIM LENIENCY.   *Milton E. Samons*



DEFENDANT'S EXHIBIT 5