From: +[REDACTED] Jason Hyland (owner)

Get off the group message. FBI is at Katie's right now. I'm on speakerphone listening to them interview her. Wtf

Status: Sent
Delivered: 1/15/2021 12:28:03 PM(UTC-6)

1/15/2021 12:28:03 PM(UTC-6)