From: ▮▮▮▮ Jason Hyland

I'm not real pleased with the situation. But not upset at you. Just keep it low. Make sure you have a screenshot of ▮▮▮▮ public statement with your name listed. Stay off social for a few days and bury the story with the absence of data. We didn't do anything wrong. But we aren't a rational patriotic country anymore. It's gone. You gotta cover you 6 from now on

Status: Read
Read: 1/7/2021 6:27:33 PM(UTC-6)

1/7/2021 6:27:32 PM(UTC-6)