

From: ▇▇▇▇▇

10-4, neither am I. My thing is I didn't go for publicity, and I know you certainly didn't either. I didn't really like how a certain couple seemed to be using it as a publicity stunt, but that's their prerogative I guess... just wasn't right for them to advertise others as being on board with their approach. I'll walk through the fire if it comes, but I didn't go for publicity or to do something for attention. Expecting it to all be fine.

Status: Read
Read: 1/8/2021 6:53:51 PM(UTC-6)

1/8/2021 6:53:07 PM(UTC-6)

From: ▇▇▇▇▇ Jason Hyland (owner)

I share the same sentiment. Truth is, we wouldn't even be worried, on alert or noticed without those couples posts.

Status: Sent
Delivered: 1/8/2021 6:55:32 PM(UTC-6)

1/8/2021 6:55:32 PM(UTC-6)

From: ▇▇▇▇▇ Jason Hyland (owner)

The theories are all over the place. I sure the heck hope that all of this isn't BS

Attachments:

Size: 1174177
File name: IMG_4463.PNG
IMG_4463.PNG

Status: Sent
Delivered: 1/10/2021 3:48:15 PM(UTC-6)

1/10/2021 3:48:07 PM(UTC-6)

From: ▇▇▇▇▇

Me too. It's not though. Arrests have already been made in Italy and the Queen in England has been working with Trump for the last couple of years already. Watching for impeachment proceedings tomorrow but I think enough republicans will hold the line when it's their neck on the line with all the evidence

Status: Read
Read: 1/10/2021 4:12:15 PM(UTC-6)

1/10/2021 3:52:23 PM(UTC-6)

From: ▇▇▇▇▇ Jason Hyland (owner)

I'm following

Status: Sent
Delivered: 1/10/2021 8:53:16 PM(UTC-6)



From: ▮▮▮▮ Jason Hyland (owner)
Just wished I saw some action. Seems like all words right now
Status: Sent
Delivered: 1/11/2021 10:21:04 AM(UTC-6)
1/11/2021 10:21:03 AM(UTC-6)

From: ▮▮▮▮
Does definitely seem that way. More talk, but I just now heard that a bunch of representatives might be gathered up while hashing out an impeachment vote. National Guard is already on the ground there with authorization to use deadly force if necessary
Status: Read
Read: 1/11/2021 10:26:21 AM(UTC-6)
1/11/2021 10:25:20 AM(UTC-6)

From: ▮▮▮▮ Jason Hyland (owner)
Against who?
Status: Sent
Delivered: 1/11/2021 10:26:45 AM(UTC-6)
1/11/2021 10:26:45 AM(UTC-6)

From: ▮▮▮▮ Jason Hyland (owner)
I can't find proof that the insurrection act was signed
Status: Sent
Delivered: 1/11/2021 10:27:00 AM(UTC-6)
1/11/2021 10:27:00 AM(UTC-6)