UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-cr-00050-002 (CRC) |
| | : | |
| JASON LEE HYLAND, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT
TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28**

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits provided to the Court and counsel to be used by the government in the sentencing in this matter. The exhibits are:

| Number | File Name | Source | Description |
| --- | --- | --- | --- |
| 18 | Ryan Video of Walk to Rally | Jennifer Lee Ryan Cellular Phone | Recording for Facebook Livestream |
| 19 | IMG_5707.mp4 | Jennifer Lee Ryan Cellular Phone | Recording from hotel room of television news broadcast |
| 20 | IMG_4377.mp4 | Jason Lee Hyland Cellular Phone | Recording of Approach to Capitol |
| 21 | IMG_4392.mp4 | Jason Lee Hyland Cellular Phone | Recording of Entrance into Capitol |
| 22 | Ryan Facebook Video of Entrance into Capitol.mp4 | Ryan Facebook Account | Recording by Jennifer Lee Ryan of Entrance into Capitol |
| 23 | Daily Mail Recording.mp4 | Open source | Video of Jason Lee Hyland, Jennifer Leigh Ryan and |

1

| | | | |
|---|---|---|---|
| | | | crowd inside the Capitol |
| 24 | IMG_4394.mp4 | Jason Lee Hyland Cellular Phone | Video of Jason Lee Hyland after exit from Capitol |
| 25 | IMG_4406.mp4 | Jason Lee Hyland Cellular Phone | Video of Jason Lee Hyland discussing pellets and tear gas |
| 26 | IMG_4407.mp4 | Jason Lee Hyland Cellular Phone | Video of Jason Lee Hyland saying "so they gassed me" |
| 27 | IMG_4415.mp4 | Jason Lee Hyland Cellular Phone | Video of police dispersing crowd with audio calling police traitors |
| 28 | Ryan Facebook Video, media enclosure.mp4 | Ryan Facebook account | Video of defendants at media enclosure |
| 29 | Recording for Facebook in hotel after Capitol.mp4 | Ryan Facebook account | Recording of defendants after returning to hotel |
| 30 | Hyland Recorded Interview with FBI.wav | FBI | Interview of Jason Lee Hyland |

The Government does not object to the public release of the above-listed audio recording and videos.[1]

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   /s/ *Karen Rochlin*
KAREN ROCHLIN
Assistant United States Attorney
D.C. Bar No. 394447
Detailee
U.S. Attorney's Office

---

[1] Exhibits 1-17 were filed as attachments to the government's Sentencing Memorandum, ECF 72.

99 N.E. 4th Street
Miami, Florida 33132
(786) 972-9045
Karen.Rochlin@usdoj.gov