**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:21-cr-00050-002 (CRC)** |
| | : | |
| **JASON LEE HYLAND,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S SECOND NOTICE OF FILING OF EXHIBITS**
**PURSUANT TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28**

The United States hereby gives an updated notice, pursuant to Local Criminal Rule 49 and

Standing Order 21-28, adding Exhibits 31-33, which have been provided to the Court and counsel

and which will be used by the government in the sentencing in this matter. The exhibits are:

| Number | File Name | Source | Description |
|---|---|---|---|
| 18 | Ryan Video of Walk to Rally | Jennifer Lee Ryan Cellular Phone | Recording for Facebook Livestream |
| 19 | IMG_5707.mp4 | Jennifer Lee Ryan Cellular Phone | Recording from hotel room of television news broadcast |
| 20 | IMG_4377.mp4 | Jason Lee Hyland Cellular Phone | Recording of Approach to Capitol |
| 21 | IMG_4392.mp4 | Jason Lee Hyland Cellular Phone | Recording of Entrance into Capitol |
| 22 | Ryan Facebook Video of Entrance into Capitol.mp4 | Ryan Facebook Account | Recording by Jennifer Lee Ryan of Entrance into Capitol |
| 23 | Daily Mail Recording.mp4 | Open source | Video of Jason Lee Hyland, Jennifer Leigh |

| | | | Ryan and crowd inside the Capitol |
|---|---|---|---|
| 24 | IMG_4394.mp4 | Jason Lee Hyland Cellular Phone | Video of Jason Lee Hyland after exit from Capitol |
| 25 | IMG_4406.mp4 | Jason Lee Hyland Cellular Phone | Video of Jason Lee Hyland discussing pellets and tear gas |
| 26 | IMG_4407.mp4 | Jason Lee Hyland Cellular Phone | Video of Jason Lee Hyland saying "so they gassed me" |
| 27 | IMG_4415.mp4 | Jason Lee Hyland Cellular Phone | Video of police dispersing crowd with audio calling police traitors |
| 28 | Ryan Facebook Video, media enclosure.mp4 | Ryan Facebook account | Video of defendants at media enclosure |
| 29 | Recording for Facebook in hotel after Capitol.mp4 | Ryan Facebook account | Recording of defendants after returning to hotel |
| 30 | Hyland Recorded Interview with FBI.wav | FBI | Interview of Jason Lee Hyland |
| 31 | [redacted]Rotunda Door Interior -2021-0106_15h20min00s.000ms.asf | U.S. Capitol Police | Defendants' entrance into Capitol-facing entrance/exit to building |
| 32 | [redacted]Rotunda Lobby East Stairs-2021-0106_15h20min00s.000ms.asf | U.S. Capitol Police | Defendants' entrance into Capitol-side view |
| 33 | [redacted]Rotunda Door Interior -2021-0106_15h20min00s.000ms.asf | U.S. Capitol Police | Defendants' entrance into Capitol-facing interior door to Rotunda |

The Government does not object to the public release of the above-listed audio recording

and videos.[1]

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:      /s/ *Karen Rochlin*
KAREN ROCHLIN
Assistant United States Attorney
D.C. Bar No. 394447
Detailee
U.S. Attorney's Office
99 N.E. 4th Street
Miami, Florida 33132
(786) 972-9045
Karen.Rochlin@usdoj.gov

---

[1] Exhibits 1-17 were filed as attachments to the government's Sentencing Memorandum, ECF 72.