# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-cr-00050-002 (CRC) |
| | : | |
| **JASON LEE HYLAND,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S NOTICE OF FILING MARKED EXHIBITS 1-17

The United States hereby gives notice of its filing of marked Exhibits 1-17, attached hereto, for use at the sentencing of defendant Jason Lee Hyland.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:  /s/ *Karen Rochlin*
KAREN ROCHLIN
Assistant United States Attorney
D.C. Bar No. 394447
Detailee
U.S. Attorney's Office
99 N.E. 4th Street
Miami, Florida 33132
(786) 972-9045
Karen.Rochlin@usdoj.gov

1