

From: Katie Schwab (owner)
To: +
To: + Jenna Ryan
To: +

She is such a you know what...thanks for the tip.

Are we going to conceal carry (tho not legal there) as a just in case for protection?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | | |
| +19725109177 Jenna Ryan | | | |

Status: Read
Read: 1/4/2021 1:34:35 PM(UTC-6)

1/4/2021 1:34:30 PM(UTC-6)



(owner)
To: + Katie Schwab
To: +
To: + Jenna Ryan
To: +

I have no knowledge on that. Whatever the law dictates - we will do. But if someone did carry on my plane, I would expect that you unload it at home and keep it out of sight from my staff and the FBO operators. If someone carries, that person is responsible for any actions that could be faced.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| + Katie Schwab | | | |
| +19725109177 Jenna Ryan | | | |

Status: Sent

1/4/2021 1:37:40 PM(UTC-6)