**From:** ███████
**To:** +18172390519 Katie Schwab
███████
**To:** +19725109177 Jenna Ryan

Hey team! These are Leatherback bulletproof backpacks we will have on loan for the next couple of days from our store, ███████ in ███████. I figured I would bring all 5 of them tomorrow so everyone would have an extra level of protection, just in case. The 3 on the right are spoken for so far, but Jenna and ███, y'all can fight over the 2 on the left lol. I'll gather them back up once we get back, but y'all are welcome to them for the duration of the trip!

**Attachments:**

Size: 654535
File name: IMG_0326.jpg
IMG_0326.jpg

**To**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18172390519 Katie Schwab | | | |
| ███████ | | | |
| +19725109177 Jenna Ryan | | | |

**Status:** Read

1/4/2021 9:47:39 PM(UTC-6)