

**GOVERNMENT EXHIBIT**

**4A**

**21-cr-50-CRC**